### GREENLEE v N Y LIFE INS CO, et

Ohio Supreme Court
No 22669. Decided May 13, 1931

Marshall, CJ, Jones, Matthias, Day and Kinkade, JJ, concur. Allen, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**

### BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN, et v P U C

Ohio Supreme Court
No 22526. Decided March 11, 1931

For full opinion see 175 NE 454; 123 Oh St 336 (Ohio Bar 4-14-31).

### FOUNTAIN, Receiver v PIERCE

Ohio Supreme Court
No 22662. Decided May 13, 1931

Marshall, C.J., Jones, Matthias, Kinkade, and Robinson, JJ, concur. Allen, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**

### STATE ex TURNER v MARSHALL

Ohio Supreme Court
No 22350. Decided May 13, 1931

Jones, Matthias and Robinson, JJ, concur. Day and Kinkade, JJ, dissent. Marshall, CJ, not participating.

Full opinion will be published later. Watch **Omnibus Index.**